Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PHILIP DAVID GUEVARA

**E-filed 1/11/06**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

PHILIP DAVID GUEVARA,

Plaintiff,

v.

LANG, RICHERT & PATCH, A PROFESSIONAL LAW CORPORATION, a California corporation, and MATTHEW WARREN QUALL, individually and in his official capacity,

Defendants.

Case No. C05-03405-JF-RS

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**

Fed. R. Civ. P. 41(a)(1)

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, PHILIP DAVID GUEVARA, and Defendants, LANG, RICHERT & PATCH, A PROFESSIONAL LAW CORPORATION and MATTHEW WARREN QUALL, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, PHILIP DAVID GUEVARA, against Defendants, LANG, RICHERT & PATCH, A PROFESSIONAL LAW CORPORATION and MATTHEW WARREN QUALL, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: January 11, 2006

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
PHILIP DAVID GUEVARA

Dated: January 11, 2006

/s/ Tamara L. Equals
Tamara L. Equals
Attorney for Defendants
LANG, RICHERT & PATCH, A PROFESSIONAL LAW CORPORATION and MATTHEW WARREN QUALL

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

UNITED STATES DISTRICT COURT
GRANTED
Judge Jeremy Fogel
NORTHERN DISTRICT OF CALIFORNIA

Dated: 1/11/06

The Honorable Jeremy Fogel
Judge of the District Court